# EXHIBIT D

5/23/13    Case 1:13-cv-01042-GMS   Document 10-4   Filed 08/19/13   Page 2 of 5 PageID #: 404    Walmart.com



- [ ] Available Today (366)
- [ ] Show All (901)

▼ **Special Offers**
- [ ] New (86)
- [ ] Special Buy (26)
- [ ] Rollback (13)
- [ ] Only at Walmart (12)
- [ ] Clearance (9)
- [ ] Reduced Price (4)
- [ ] As Advertised (2)
- [ ] Online Only (1)

▼ **Retailer**
- [ ] Walmart.com (902)
- [ ] eBags (548)
- [ ] Wayfair.com (348)
- [ ] ToolKing.com (94)
- [ ] PlumStruck (56)
- [ ] Pro Team (50)
- [ ] Shoplet (2)

▶ Age

▶ Shop by Gender

▶ Character

▶ Save Big

ADVERTISEMENT



### HP Winter Blue 15.6" g6-2249wm Laptop PC with AMD A6-4400M Accelerated Processor and Windows 8 Operating System

Model#: g6-2249wm

★★★★½ (93)

- AMD A6-4400M accelerated processor
- 4GB memory; 750GB hard drive
- 15.6" widescreen HD BrightView LED-backlit display
- Webcam, 2-in-1 card reader, WiFi
- Windows 8 Operat…

Online
**$399.**00
List Price: $428.00
You save: $29.00(7%)

ONLY AT WALMART

- Free store pickup as soon as 5/30 with site to store



### HP Laptops and HP Printer Value Bundle

*Base price subject to availability

Comes with:
- Choose Your Windows 8 HP Laptop PC
- Your Choice: Select HP Printer
- Optional USB Flash Drive

Online
From **$480.**00

- Free store pickup as soon as 5/30 with site to store



### Gateway 17.3" NE71B06u Laptop PC with AMD E1-1200 Processor and Windows 8

Model#: NE71B06u

★★★★ (63)

- AMD E1-1200 processor
- 4GB memory; 500GB hard drive
- 17.3" HD Ultrabright LED-backlit display
- Webcam, 5-in-1 card reader, Wi-Fi
- Windows 8

Online
**$388.**00

ONLY AT WALMART

- Free store pickup as soon as 5/30 with site to store



### Samsung Black 15.6" Series 3 NP365ESC-501US Laptop PC with AMD Quad-Core A8-4500M Processor and Windows 8 Operating System

Model#: NP365E5C-S01US

★★★★ (23)

- AMD Quad-Core A8-4500M processor
- 4GB memory; 500GB hard drive
- 15.6" LED HD display
- Webcam, 3-in-1 card reader, WiFi
- Windows 8 Operating System

Online
**$398.**00
Was $428.00

Rollback

- Free store pickup as soon as 5/30 with site to store

### The RED Laptop Bundle with optional matching accessories

*Base price subject to availability

Comes with:
- Your Choice: Red Laptop Computer
- Optional Laptop Case/Bag
- Optional Mouse
- Optional USB Flash Drive
- Optional Headphones
- Optional Printer

Online
From **$268.**00



### Toshiba 15.6" Satellite C855-S5122 Laptop PC with Intel Core i3-3120M Processor, 6GB Memory, 500GB Hard Drive bundle with Case and USB Flash Drive

Model#: laptop bundle w/ bag&flash

*Base price subject to availability

Comes with:
- Toshiba Mercury Silver 15.6" Satellite C855-S5122 Laptop PC with Intel Core i3-3120M Processor and Windows 8 Operating System
- Targus 16" Impax Laptop Sleeve, Black
- Wintec File…

Online
From **$419.**00

SPECIAL BUY



**Toshiba Mercury Silver 17.3" L875D-S7342 Laptop PC with AMD Quad-Core A8-4500M Accelerated Processor and Windows 8 Operating System**

Model#: Toshiba L875D-S7342

(40)

- AMD Quad-Core A8-4500M accelerated processor
- 6GB memory; 640GB hard drive
- 17.3" TruBrite TFT display
- Webcam, 6-in-1 card reader, WiFi
- Windows 8 Operating System

Online
**$548.**00
SPECIAL BUY

- Free store pickup as soon as **5/30** with site to store

---



**Acer 10.1" Aspire One AOD270-21375 Netbook PC with Intel Atom N2600 Processor and Windows 7 Starter**

Model#: LU.SGA0D.066

(63)

- Intel Atom N2600 processor
- 1GB memory; 320GB hard drive
- 10.1" LED-backlit display
- Webcam, 5-in-1 card reader, Wi-Fi
- Windows 7 Starter

Online
**$249.**00

- Free store pickup as soon as **5/30** with site to store

---



**Dell Moon Silver 13.3" Inspiron 13z i13z-7731sLV Laptop PC with Intel Core i5-3317U Processor and Windows 8**

Model#: i13z-7731sLV

(24)

- Intel Core i5-3317U processor
- 8GB memory; 500GB hard drive
- 13.3" HD display
- Bluetooth, webcam, 8-in-1 card reader, Wi-Fi
- Windows 8

Online
**$558.**00
Was $578.00
CLEARANCE

- Free store pickup as soon as **5/30** with site to store

---



**Toshiba Ice Blue 15.6" Satellite S855D-S5120 Laptop PC with AMD Quad-Core A10-4600M Accelerated Processor and Windows 8 Operating System**

Model#: S855D-S5120

(24)

- AMD Quad-Core A10-4600M accelerated processor
- 8GB memory; 750GB hard drive
- 15.6" TruBrite TFT display
- Webcam, 6-in-1 card reader, WiFi
- Windows 8 Operating System

Online
**$598.**00

- Free store pickup as soon as **5/30** with site to store

---



**Dell Refurbished Off Lease Gray 14" D620 Laptop PC with Intel Core Duo Processor and Windows 7 Home Premium**

Model#: D620

(170)

- Intel Core Duo processor
- 2GB memory; 60GB hard drive
- 14.0" display
- Wi-Fi
- Windows 7 Home Premium 32-bit

Online
**$228.**00
SPECIAL BUY

- Free store pickup as soon as **5/30** with site to store

---



**HP Winter Blue 15.6" 2000-2b19wm Laptop PC with AMD E-300 Accelerated Processor and Windows 8 Operating System**

Model#: 2000-2b19wm

(100)

- AMD E-300 accelerated processor
- 4GB memory; 320GB hard drive
- 15.6" HD BrightView LED-backlit display
- Webcam, 2-in-1 card reader, WiFi
- Windows 8 Operating System

Online
**$299.**98
Out of stock

Items 1- 16 of 1814 total    **16**  **32**   Per Page                   ◀ Previous  **1**  **2**  **3**  **4**  **5**  ...  Next ▶         **Top of Page**

View: **All Items (1814)**              In My Store - Dallas          Online Items                    Sort by  Best Match









Did you find the product or service you were looking for?   Yes   No

## Get to know us
Corporate
Our Story
News & Views
Community Giving
Global Responsibility
Investors
Suppliers
Careers

## Walmart.com
About Walmart.com
Terms of Use
Affiliate Program
Sponsorship Submission
International Customers
About Our Ads
Store Finder
Printable Coupons
Associate Discount
Privacy & Security
California Privacy Rights
@WalmartLabs
See All Departments

## Help
Help Center
Track Your Order
Returns Policy
Return an Item
Product Recalls
Contact Us
Feedback [+]

## In the Spotlight
[+] Electronics
[+] Bikes
[+] Patio and Garden
[+] Camping
[+] Video Games
[+] Home
[+] Baby
[+] Cell Phones
[+] Gifts
[+] Walmart Specials
[+] Popular Products

## Financial Services
Walmart MoneyCenter

Walmart Credit Cards
Apply Now
Manage Account & Pay Bill

© 2013 Wal-Mart Stores, Inc.