# EXHIBIT F

Walmart Save money. Live better.

Summer savings start now with Memorial Day Online Specials

New customer? Sign In | Help

Value of the Day | Local Ad | Store Finder | Registry | Gift Cards

Track My Orders | My Account | My Lists

See All Departments

Search All Departments helicopter Go My Cart (0) My Store: Dallas

Search results for "helicopter"

Related searches: rc helicopter, air hogs helicopter, radio-controlled helicopter

We found 9 results for "helicopter" in Books. Click here to see results in All Departments.

All Departments
Books

Home, Hobbies & Garden
Aviation (8)
Crafts (1)

All Items (9) | In My Store - Dallas | Online Items

Sort by Best Match

Items 1- 9 of 9 total | List View | Grid View

Refine Results

Price
$ to $ Go
0 - $10 (1)
$10 - $20 (4)
$20 - $50 (4)

Free Store Pickup
Show All (6)

Language
English (9)

Fiction/Non-Fiction
Adult Non-Fiction (3)

Format
Paperback (9)

Retailer
Walmart.com (9)

Recently Viewed Items
Leviton 002-125 White Adapter Socket To ... $7.97
Sani Seal BL01 Toilet Gasket $11.95
Dickies - Tall Men's Long Sleeve Coveral... $29.74
Clear this list

ADVERTISEMENT

Principles of Helicopter Flight
$16.08
List Price: $24.95
You save: $8.87 (36%)
• Free store pickup as soon as 5/30 with site to store

Fatal Traps for Helicopter Pilots
$25.74
List Price: $39.95
You save: $14.21 (36%)
• Free store pickup as soon as 5/30 with site to store

Black Hawk: The Story of a World Class Helicopter
$38.35
List Price: $39.95
You save: $1.60 (4%)
• Free store pickup as soon as 5/30 with site to store

The Helicopter Pilot's Companion: A Manual for Helicopter Enthu...
$19.51
List Price: $22.95
You save: $3.44 (15%)
• Free store pickup as soon as 5/30 with site to store

The Helicopter Pilot's Manual, Volume 2: Powerplants, Instrumen...
$29.71
List Price: $34.95
You save: $5.24 (15%)
• Free store pickup as soon as 5/30 with site to store

Helicopter Maneuvers Manual: A Step-By-Step Illustrated Guide t...
$16.96
List Price: $19.95
You save: $2.99 (15%)
• Free store pickup as soon as 5/30 with site to store

Instrument Rating Practical Test Standards for Airplane, Helico...
$5.06
List Price: $5.95
You save: $0.89 (15%)
• Free store pickup as soon as 5/30 with site to store

Private Pilot Test Prep: Study & Prepare for Recreational and P...
$14.41
List Price: $16.95
You save: $2.54 (15%)

Radio Controlled **Helicopters**

$26.50

Out of stock online

Items 1- 9 of 9 total

Top of Page

View: **All Items (9)** | In My Store - Dallas | Online Items

Sort by Best Match

## People Who Searched For Similar Items Also Viewed

Basic Helicopter Aerodynamics
**$90.00**

Spectrum Math: Grade 6
site to store
★★★★★
**$7.96**

The Right to Lead: Learning Leadership...
site to store
**$9.63**

Spectrum Math: Grade 8
site to store
**$5.91**

Our Iceberg Is Melting: Changing and...
site to store
★★★★★
**$11.89**

Sponsored Links

What's this?

**Helicopters For Sale** — Get **Helicopters** At Great Price. Huge Selection, All Free Shipping!
**helicopters**.miniinthebox.com/

**Hottest RC Helicopters** — Best Deals. Best Selections. Lowest Price. Fast Shipping.
w w w .xheli.com/

**Helicopter Hobby** — Find our Lowest Possible Price! Search for **Helicopter** Hobby
w w w .shop411.com/**Helicopter**+Hobby

**Hobbies Helicopters** — Save On **Hobbies Helicopters**. Fun-Filled Toys For Your Kids!
radiocontroltoysgames.bizrate.com/

**Hobbies Helicopter Sale** — Up To 70% Off **Hobbies Helicopter Hobbies Helicopter**. Compare
**hobbies-helicopter**.compare99.com/

Did you find the product or service you were looking for? Yes No

**Get to know us**
- Corporate
- Our Story
- News & Views
- Community Giving
- Global Responsibility
- Investors
- Suppliers
- Careers

**Walmart.com**
- About Walmart.com
- Terms of Use
- Affiliate Program
- Sponsorship Submission
- International Customers
- About Our Ads
- Store Finder
- Printable Coupons
- Associate Discount

**Help**
- Help Center
- Track Your Order
- Returns Policy
- Return an Item
- Product Recalls
- Contact Us
- Feedback [+]

**In the Spotlight**
- [+] Electronics
- [+] Bikes
- [+] Patio and Garden
- [+] Camping
- [+] Video Games
- [+] Home
- [+] Baby
- [+] Cell Phones
- [+] Gifts
- [+] Walmart Specials

**Financial Services**
- Walmart MoneyCenter
- Walmart Credit Cards
- Apply Now
- Manage Account & Pay Bill

5/23/13 Case 1:13-cv-01042-GMS Document 10-6 Filed 08/19/13 Page 4 of 4 PageID #: 413
helicopter - Walmart.com

Privacy & Security
California Privacy Rights
@WalmartLabs
See All Departments

[+] Popular Products

© 2013 Wal-Mart Stores, Inc.

www.walmart.com/search/search-ng.do?Find=Find&_refineresult=true&ic=16_0&search_constraint=0&search_query=helicopter&cat_id=3920_582361 3/3