# EXHIBIT G







- Intel Pentium G645 processor
- 4GB memory; 500GB hard drive
- 20" HD+ color LCD monitor
- Webcam, 4-in-1 card reader, WiFi
- Windows 8 Operating System



**Acer Veriton VZ2621G-UI52400W All-In-One Desktop PC with Intel Core i5-2400S Processor, 20" Touchscreen and Windows 7 Professional**

Model#: DO.VDHAA.001

**Online**
**$837.**30



- Free store pickup as soon as **5/30** with site to store

- Intel Core i5-2400S processor
- 4GB memory; 500GB hard drive
- 20" HD touchscreen display
- 4-in-1 card reader, Wi-Fi
- Windows 7 Professional

Items 1- 6 of 6 total                                                                 Top of Page

View: **All Items (6)**         In My Store - Dallas        Online Items                Sort by  Best Sellers

**Sponsored Links**                                                                      What's this?

**Acer Desktop**           Spring 2013 Special Deals ! **Acer Desktop** - Up to 40% Off
                          **desktop-computers**.pricedepot.net/

**Acer Computers in Bulk** Refurbished **Acer** laptops, **desktops** and tablets available in bulk lots.
                          www.liquidation.com/**Acer**-Refurbs

**Acer Desktop Computer** Fulfill Your **Computing** Needs With an **Acer** Laptop or Netbook from HSN.
                          www.hsn.com/

**Acer computers desktop** Rent-A-Center® Lets You Rent To Own a **Computer** With No Credit Check!
                          www.rentacenter.com/

**Acer Desktop Computer** **Acer Desktop Computer** Up to 35% Off Compare and Save Now
                          www.shopsave.us/**Desktop_Computer**

**Desktop Computers**

Whether you want a desktop computer for email, social networking, schoolwork, home finances, Web surfing or gaming, you'll find a broad selection of desktop PCs at Every Day Low Prices from Walmart. Our selection of desktop PCs includes all-in-one computers, refurbished computers, touchscreen computers, Windows computers and desktop computer bundles. Choose Intel PCs or AMD PCs from HP, Dell, Acer, Lenovo, Compaq, Gateway, CyberPower, iBuyPower, ASUS, Sony, Vizio and more popular brands. It's easy to shop for desktop computers at Walmart.com when you search by type, brand, processor, hard drive size, system RAM, price range, customer ratings or best sellers.

In addition to desktop computers, you may also want to take a look at the latest laptop computers and tablet PCs and iPads that you can take anywhere. Of course, you'll find a complete selection of desktop computer peripherals, such as flat-panel computer monitors, printers and scanners, modems, NAS devices, USB adapters and hard drives at Walmart.com. We also offer a full range of desktop computer accessories, such as headsets, speakers, keyboards, mice, connection cables and surge protectors.

You can save on shipping costs because most desktop computers qualify for free in-store pickup at your nearby Walmart store when you use Site to Store online ordering. You can also save when you choose a desktop PC bundle that includes a monitor, printer or other peripherals. Shop for desktop computers and more electronics at Every Day Low Prices from Walmart to save money and live better.



Enter Email Address   Sign Up    Privacy policy

Like us   Mobile apps

**Get to know us**         **Walmart.com**              **Help**                **In the Spotlight**        **Financial Services**
Corporate                   About Walmart.com            Help Center             [+] Electronics             Walmart MoneyCenter
Our Story                   Terms of Use                 Track Your Order        [+] Bikes
News & Views                Affiliate Program            Returns Policy          [+] Patio and Garden
Community Giving            Sponsorship                  Return an Item          [+] Camping
Global Responsibility       Submission                   Product Recalls         [+] Video Games            Walmart Credit Cards
Investors                   International                Contact Us              [+] Home                   Apply Now
Suppliers                   Customers                    Feedback [+]            [+] Baby                   Manage Account & Pay Bill
Careers                     About Our Ads                                        [+] Cell Phones
                            Store Finder                                         [+] Gifts
                            Printable Coupons                                    [+] Walmart Specials
                            Associate Discount                                   [+] Popular Products
                            Privacy & Security
                            California Privacy
                            Rights



@WalmartLabs
See All Departments

© 2013 Wal-Mart Stores, Inc.